IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

PAUL A. BRANCH                                                                                  PLAINTIFF

v.                                    Case No. 4:14-cv-63 KGB/JTK

CAROLYN W. COLVIN,
**Acting Commissioner,**
**Social Security Administration**                                                          DEFENDANT

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court affirms the Commissioner's decision, denies Mr. Branch's request for relief, and dismisses with prejudice Mr. Branch's claim.

SO ORDERED this 28th day of September, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE